# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LAUREL PARK COMMUNITY, LLC, a Washington limited liability company; TUMWATER ESTATES INVESTORS, a California limited partnership; VELKOMMEN MOBILE PARK, LLC, a Washington limited liability company; and MANUFACTURED HOUSING COMMUNITIES OF WASHINGTON, a Washington non-profit corporation,<br><br>　　　　　　　　　Petitioners,<br><br>　　vs.<br><br>CITY OF TUMWATER, a municipal corporation,<br><br>　　　　　　　　　Defendant. | NO.   C09-5312 BHS<br><br>ANSWER OF DEFENDANT CITY OF TUMWATER |

In answer to the allegations in Plaintiffs' Complaint for Damages filed on May 27, 2009, (hereinafter "Complaint") Defendant City of Tumwater (hereinafter "Tumwater") hereby alleges as follows:

## I.  ANSWER

**A.  PARTIES, JURISDICTION, AND VENUE**

　　1　　In response to Paragraph 1 of Plaintiffs' Complaint, Tumwater admits that Laurel Park participated in proceedings before the Tumwater Planning Commission

**ANSWER OF DEFENDANT
CITY OF TUMWATER** — 1

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

and City Council, but lacks sufficient knowledge concerning the remaining allegations in Paragraph 1 and therefore Tumwater denies the same.

2. In response to Paragraph 2 of Plaintiffs' Complaint, Tumwater admits that Tumwater Estates participated in proceedings before the Tumwater Planning Commission and City Council, but lacks sufficient knowledge concerning the remaining allegations in Paragraph 2 and therefore Tumwater denies the same.

3. In response to Paragraph 3 of Plaintiffs' Complaint, Tumwater admits that Velkommen Park participated in proceedings before the Tumwater Planning Commission and City Council, but lacks sufficient knowledge concerning the remaining allegations in Paragraph 3 and therefore Tumwater denies the same.

4. In response to Paragraph 4 of Plaintiffs' Complaint, Tumwater admits that Manufactured Housing Communities of Washington ("MHCW") participated in proceedings before the Tumwater Planning Commission and City Council, but lacks sufficient knowledge concerning the remaining allegations in Paragraph 4 and therefore Tumwater denies the same.

5. In response to Paragraph 5 of Plaintiffs' Complaint, Tumwater admits the same.

6. In response to Paragraph 6 of Plaintiffs' Complaint, Tumwater admits the same, except to the extent the defenses pleaded herein are inconsistent.

7. In response to Paragraph 7 of Plaintiffs' Complaint, Tumwater admits the same, except to the allegation that Plaintiffs have been injured or Tumwater caused such injury.

**B. BACKGROUND FACTS**

8. In response to paragraph 8 of Plaintiffs' Complaint, Tumwater admits that it is required to adopt a comprehensive plan under the Growth Management Act. Tumwater admits only that the remaining portions of Paragraph 8 accurately quote a portion of RCW 36.70A.020, which is not set forth in its entirety.

**ANSWER OF DEFENDANT CITY OF TUMWATER** – 2

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

9. In response to paragraph 9 of Plaintiffs' Complaint, Tumwater admits the same.

10. In response to paragraph 10 of Plaintiffs' Complaint, Tumwater admits only that a proposal to create a manufactured home park district was referred to the Planning Commission. Tumwater denies the remaining allegations in Paragraph 10 of the Complaint.

11. In response to paragraph 11 of Plaintiffs' Complaint, Tumwater admits only that the Planning Commission and General Government Committee considered a memorandum dated January 24, 2008 as part of its consideration of the proposal to create a manufactured home park district. Tumwater denies the remaining allegations in Paragraph 11 of the Complaint.

12. In response to paragraph 12 of Plaintiff's Complaint, Tumwater admits only that the planning commission considered a proposed ordinance to amend the Comprehensive Plan to provide for a manufactured home park district in the City. The City further admits that it ultimately adopted Ordinance No. O2008-027, which applies to six properties in the City of Tumwater. Tumwater denies the remaining allegations of Paragraph 12.

13. In response to paragraph 13 of Plaintiff's Complaint, Tumwater admits that the provisions of Ordinance 02008-27 apply to Laurel Park, Tumwater Estates and Velkommen Park, and include them within the manufactured home park district. Tumwater denies the remaining allegations of Paragraph 13.

14. In response to paragraph 14 of Plaintiffs' Complaint, Tumwater admits the same.

15. In response to paragraph 15 of Plaintiffs' Complaint, Tumwater admits the same, except that the date of the Planning Commission hearing was November 25, 2008.

**ANSWER OF DEFENDANT CITY OF TUMWATER** − 3

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

16. In response to paragraph 16 of Plaintiffs' Complaint, Tumwater admits the same.

17. In response to paragraph 17 of Plaintiffs' Complaint, Tumwater admits the same.

18. In response to paragraph 18 of Plaintiffs' Complaint, Tumwater denies the same.

19. In response to paragraph 19 of Plaintiffs' Complaint, Tumwater admits that the Plaintiffs opposed adoption of Ordinance 02008-027, but denies all remaining allegations in paragraph 19 of the Complaint.

20. In response to paragraph 20 of Plaintiffs' Complaint, Tumwater admits the same.

21. In response to paragraph 21 of Plaintiffs' Complaint, Tumwater avers that Ordinance 02008-027 speaks for itself and is not completely set forth therein.

22. In response to paragraph 22 of Plaintiffs' Complaint , Tumwater denies the same.

23. In response to paragraph 23 of Plaintiffs' Complaint, Tumwater avers that Ordinance 02008-009 speaks for itself and is not completely set forth therein.  To the extent that Paragraph 23 makes factual allegations, Tumwater denies the same.

24. In response to paragraph 24 of Plaintiffs' Complaint, Tumwater avers that Ordinance 02008-009 speaks for itself and is not completely set forth therein.  To the extent that Paragraph 24 makes factual allegations, Tumwater denies the same.

25. In response to paragraph 25 of Plaintiffs' Complaint, Tumwater avers that Ordinance 02008-009 speaks for itself and is not completely set forth therein.  To the extent that Paragraph 25 makes factual allegations, Tumwater denies the same, except to the extent Plaintiffs admit they have economically viable and reasonable use of their properties.

**ANSWER OF DEFENDANT CITY OF TUMWATER** – 4

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

26. In response to paragraph 26 of Plaintiffs' Complaint, Tumwater admits the same.

**C. CLAIMS FOR RELIEF**

<u>First Cause of Action – Due Process Violation</u>

27. In response to paragraph 27 of Plaintiffs' Complaint, Tumwater incorporates its responses to paragraphs 1-26 above and incorporate the same as though fully set forth herein.

28. In response to paragraph 28 of Plaintiffs' Complaint, Tumwater avers that the Due Process Clause of the Fourteenth Amendment to the United States Constitution speaks for itself and admits only that portions thereof are correctly quoted by paragraph 28 of the Complaint.

29. In response to paragraph 29 of Plaintiffs' Complaint, Tumwater denies the same.

30. In response to paragraph 30 of Plaintiffs' Complaint, Tumwater lacks sufficient knowledge to determine the truth of the allegations therein and therefore denies the same.

31. In response to paragraph 31 of Plaintiffs' Complaint, Tumwater denies the same.

<u>Second Cause of Action – Equal Protection</u>

32. In response to paragraph 32 of Plaintiffs' Complaint, Tumwater incorporates its responses to paragraphs 1-31 above and incorporate the same as though fully set forth herein.

33. In response to paragraph 33 of Plaintiffs' Complaint, Tumwater avers that the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution speaks for itself and denies that it is accurately quoted by paragraph 33 of the Complaint. Paragraph 33 sets forth legal conclusions to which no response is required.

**ANSWER OF DEFENDANT CITY OF TUMWATER** – 5

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511*

34. In response to paragraph 34 of Plaintiffs' Complaint, Tumwater denies the same.

35. In response to paragraph 35 of Plaintiffs' Complaint, Tumwater denies the same.

36. In response to paragraph 36 of Plaintiffs' Complaint, Tumwater denies the same.

### Third Cause of Action – Regulatory Taking

37. In response to paragraph 37 of Plaintiffs' Complaint, Tumwater incorporates its responses to paragraphs 1-36 above and incorporate the same as though fully set forth herein.

38. In response to paragraph 38 of Plaintiffs' Complaint, Tumwater avers that the Takings Clause of the Fifth Amendment to the United States Constitution speaks for itself and admits only that portions thereof are correctly quoted by paragraph 38 of the Complaint.

39. In response to paragraph 39 of Plaintiffs' Complaint, Tumwater denies the same.

40. In response to paragraph 40 of Plaintiffs' Complaint, Tumwater denies the same.

### Fourth Cause of Action – Civil Rights Violation

41. In response to paragraph 41 of Plaintiffs' Complaint, Tumwater incorporates its responses to paragraphs 1-40 above and incorporate the same as though fully set forth herein.

42. In response to paragraph 42 of Plaintiffs' Complaint, Tumwater denies that Plaintiffs are entitled to any damages pursuant to the United States Constitution or 42 U.S.C. §1983 as a result of the City's enactment of the Mobile Home Park District.

43. In response to paragraph 43 of Plaintiffs' Complaint, Tumwater denies the same.

**ANSWER OF DEFENDANT CITY OF TUMWATER** – 6

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

### Fifth Cause of Action – State Inverse Condemnation /Eminent Domain

44. In response to paragraph 44 of Plaintiffs' Complaint, Tumwater incorporates its responses to paragraphs 1-43 above and incorporate the same as though fully set forth herein.

45. In response to paragraph 45 of Plaintiffs' Complaint, Tumwater avers that Article I, Section 16 of the Washington Constitution and RCW 36.70A.020(6) speak for themselves and admit only that portions thereof are correctly quoted by paragraph 45 of the Complaint.

46. In response to paragraph 46 of Plaintiffs' Complaint, Tumwater denies the same.

47. In response to paragraph 47 of Plaintiffs' Complaint, Tumwater denies the same.

48. In response to paragraph 48 of Plaintiffs' Complaint, Tumwater denies the same.

### Sixth Cause of Action – State Due Process

49. In response to paragraph 49 of Plaintiffs' Complaint, Tumwater incorporates its responses to paragraphs 1-48 above and incorporate the same as though fully set forth herein.

50. In response to paragraph 50 of Plaintiffs' Complaint, Tumwater avers that Article I, Section 3 of the Washington Constitution speaks for itself and admits only that portions thereof are correctly quoted by paragraph 50 of the Complaint.

51. In response to paragraph 51 of Plaintiffs' Complaint, Tumwater denies the same.

52. In response to paragraph 52 of Plaintiffs' Complaint, Tumwater denies the same.

53. In response to paragraph 53 of Plaintiffs' Complaint, Tumwater denies the same.

**ANSWER OF DEFENDANT CITY OF TUMWATER** – 7

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

54. In response to paragraph 54 of Plaintiffs' Complaint, Tumwater denies the same.

### Seventh Cause of Action – State Equal Protection Violation

55. In response to paragraph 55 of Plaintiffs' Complaint, Tumwater incorporates its responses to paragraphs 1-54 above and incorporate the same as though fully set forth herein.

56. In response to paragraph 56 of Plaintiffs' Complaint, Tumwater avers that Article I, Section 12 of the Washington Constitution speaks for itself and admits only that portions thereof are correctly quoted by paragraph 50 of the Complaint.

57. In response to paragraph 57 of Plaintiffs' Complaint, Tumwater denies the same.

58. In response to paragraph 58 of Plaintiffs' Complaint, Tumwater denies the same.

59. In response to paragraph 59 of Plaintiffs' Complaint, Tumwater denies the same.

## II.  AFFIRMATIVE DEFENSES

1. Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

2. Plaintiffs lack standing.

3. Plaintiffs' claims are not ripe.

4. Plaintiffs' claims are barred by Plaintiffs' failure to exhaust administrative remedies.

5. Plaintiffs' claims are not timely raised and are barred by the applicable statute of limitations.

6. Plaintiffs' claims are barred by plaintiffs' failure to file a notice of claim for damages.

**ANSWER OF DEFENDANT CITY OF TUMWATER** – 8

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

7. Defendant City of Tumwater reserves the right to amend this Answer to add additional affirmative defenses that are revealed by further investigation and discovery in this matter.

### III.  PRAYER FOR RELIEF

1. Tumwater requests that the Court deny all relief sought by plaintiff in the Complaint.

2. Tumwater requests that the Complaint be dismissed with prejudice.

3. Tumwater requests that the Court award attorney's fees and costs to Tumwater.

4. Tumwater requests that the Court award such further relief that the Court may deem just and equitable.

DATED this 17th day of June, 2009.

        LAW, LYMAN, DANIEL,
        KAMERRER & BOGDANOVICH, P.S.

         /s/ Jeffrey S. Myers
        Jeffrey S. Myers, WSBA No. 16390
        Attorney for Defendant City of Tumwater
        P.O. Box 11880
        Olympia, WA 98508-1880
        (360) 754-3480
        Fax: (360) 357-3511
        E-mail: jmyers@lldkb.com

**ANSWER OF DEFENDANT CITY OF TUMWATER** – 9

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511*