# EXHIBIT E

000027

## ORDINANCE NO O2008-027

**AN ORDINANCE** relating to planning under the Growth Management Act of the State of Washington and amending the Tumwater Land Use Plan, Housing Plan and Tumwater/Thurston County Joint Plan elements of the Tumwater Comprehensive Plan, amending the Tumwater Zoning Map, and repealing Resolution No 418 (Public Participation/Intergovernmental Coordination Procedures)

**WHEREAS**, the City of Tumwater has adopted a Comprehensive Plan, in accordance with the State Growth Management Act (GMA), and

**WHEREAS**, the GMA requires amendments to an adopted comprehensive plan be considered concurrently and no more than once annually; and

**WHEREAS**, the Tumwater Planning Commission has recommended that the City of Tumwater amend its Comprehensive Plan in accordance with the GMA and the Thurston County-Wide Policies to include those changes shown in Exhibits "A", "B", "C" and "D" attached hereto and incorporated by reference, and

**WHEREAS**, RCW 36 70A.140 requires Tumwater to establish and broadly disseminate to the public a public participation program identifying procedures providing for early and continuous public participation in the development and amendment of comprehensive land use plans and development regulations implementing such plans, and

**WHEREAS**, City of Tumwater adopted comprehensive planning public participation procedures in 1991 via Resolution No 418, and

**WHEREAS**, proposed amendments update the City's public participation procedures and incorporate a public participation program into the Comprehensive Plan, and

**WHEREAS**, Thurston County modified the Tumwater Urban Growth Area (UGA) on March 3, 2008 with the adoption of Ordinance No 14035 and Resolution No 14034, which removed parcels south of 93rd Avenue between Hart Road SE and Old Highway 99 from the Tumwater UGA, and

**WHEREAS**, proposed amendments update City of Tumwater future land use and zoning maps to depict the UGA boundary as approved by Thurston County; and

**WHEREAS**, the Growth Management Act requires jurisdictions to identify sufficient land for manufactured housing [RCW 36 70A.070(2)(c)], and

**WHEREAS**, proposed amendments provide the framework for adopting

Ordinance No O2008-027 Page 1 of 3

development regulations to help to ensure a sufficient supply of land for manufactured housing in the future, and

WHEREAS, proposed amendments have been prepared in conformance with the City's Citizen Participation and Intergovernmental Review Coordination Policy (Resolution No 418), which meets the GMA requirements for the same, and

WHEREAS, proposed amendments meet the intent of and are consistent with the GMA, County-Wide Planning Policies, and internal goals and policies of the Tumwater Comprehensive Plan, and

WHEREAS, a Determination of Nonsignificance for the Comprehensive Plan amendments was issued on November 3, 2008 in accordance with the State Environmental Policy Act (SEPA), WAC 197-11, and Chapter 16 04 of the Tumwater Municipal Code, and

WHEREAS, the City of Tumwater forwarded the amendment proposals to the State Department of Community, Trade and Economic Development (CTED) for review, as required by RCW 36 70A.106  CTED received the recommended amendments on October 28, 2008, and

WHEREAS, the Tumwater Planning Commission held a public hearing on November 25, 2008 regarding the amendment proposals, and

WHEREAS, the Planning Commission considered all testimony and evidence before making recommendations to the City Council, and

WHEREAS, the Tumwater City Council held public hearings on January 6, 2009 and on February 17, 2009 regarding the amendment proposals, and

WHEREAS, the Tumwater City Council considered the recommendation of the Planning Commission and all testimony and evidence provided at the public hearings on January 6, 2009 and February 17, 2009 before making decisions on the proposed amendments, and

WHEREAS, the Tumwater City Council, after considering all of the testimony and evidence, finds the amendments support the health, safety, and welfare and are in the best interest of the residents of the City of Tumwater;

NOW, THEREFORE, THE CITY COUNCIL OF THE CITY OF TUMWATER, STATE OF WASHINGTON, DOES ORDAIN AS FOLLOWS:

Section 1 The amendments to the City of Tumwater Comprehensive Plan and City of Tumwater Zoning Map, attached hereto as exhibits "A", "B", "C", and "D" are hereby adopted.

000029

**Section 2. Ratification**. Any act consistent with the authority and prior to the effective date of this ordinance is hereby ratified and affirmed.

**Section 3. Severability** The provisions of this ordinance are declared separate and severable The invalidity of any clause, sentence, paragraph, subdivision, section, or portion of this ordinance or the invalidity of the application thereof to any person or circumstance, shall not affect the validity of the remainder of the ordinance, or the validity of its application to other persons or circumstances.

**Section 4. Effective Date** This ordinance shall become effective thirty (30) days after passage, approval and publication as provided by law

**ADOPTED** this _17ᵗʰ_ day of February, 2009

CITY OF TUMWATER

_[signature]_
Ralph C Osgood, Mayor

ATTEST

_[signature]_
Sheryle Wyatt, City Clerk

APPROVED AS TO FORM.

_[signature]_
Karen Kirkpatrick, City Attorney

Published._2-20-09_

Effective Date  _3-23-09_

Ordinance No O2008-027 Page 3 of 3

000030

EXHIBIT A – ORDINANCE NO O2008-027

Amendments to the Land Use Plan Element
Of The Tumwater Comprehensive Plan

The Land Use Plan shall be amended at the locations shown on the attached sheets. Underlined text shall be added, strikeout text shall be deleted.

The City-Wide Land Use Map (Chapter 2), Trosper Neighborhood Future Land Use Map (Chapter 6), Littlerock Road Neighborhood Map Future Land Use Map (Chapter 7) and the S E Capitol Boulevard Neighborhood Future Land Use Map (Chapter 8), shall be amended as shown on the attached sheets

    *1 Population Projections and Urban Growth Areas*
    *2 Review of these Policies*

The Land Use Plan is designed to be a flexible document.  As conditions and circumstances change, or as regional plans and policies are amended, the Land Use Plan can be revised accordingly

1 4    Ongoing Review Program

Tumwater will undertake a program of ongoing review in order to monitor the performance of the land use strategy  This program is currently being carried out under contract by the Thurston Regional Planning Council for Tumwater as well as all jurisdictions within Thurston County  This will be done principally through building permit tracking, which is continually updated as new development occurs.  In this way, the City can ensure coordination with elements of the Comprehensive Plan such as capital facilities, transportation and lands for public purposes. The Land Use Plan is meant to be a flexible and easily used document.  As the City grows and changes, the Land Use Plan will need to be revised and amended in order to reflect new circumstances

1 5    Amendments and Public Participation/Intergovernmental Coordination

*Amendments*
~~This plan~~ The Comprehensive Plan is subject to amendment in order to ensure internal and interjurisdictional consistency of the Comprehensive Plan and with the development regulations implementing the Comprehensive Plan.   An evaluation of new conditions will be an integral part of the amendment process.

State law does not allow more frequent amendment than once annually, except in cases of emergency  The process the City uses to amend the plan and development regulations implementing the plan are set forth in Chapter 18.60 TMC. The Planning Commission and City Council will individually consider concurrently all proposed changes to the document accumulated over time since the last amendment, in order to ascertain the cumulative impact of the proposed changes.

The Comprehensive Plan may be amended outside of the normal annual amendment cycle if findings are adopted by the City Council demonstrating that the emergency meets all of the following criteria.

1)  The circumstances of the emergency request, if processed within the normal amendment cycle, will result in delays that contribute to significant imminent

impact on the community in general, or a specific neighborhood, and

2)  The emergency request relates to an issue or issues of a community or
    neighborhood-wide significance beyond the interests of a particular property
    owner, provided that an issue pertaining to an individual property may be
    considered if findings reveal that impacts to the community or specific
    neighborhood would result from the individual property

The nature of the emergency and the proposed amendment shall be presented to the
City Council, which shall decide if the proposal qualifies as an emergency   Any
proposal deemed an emergency shall proceed ahead of the normal amendment
schedule

*Public Participation/Intergovernmental Coordination Procedures*

Public participation in comprehensive planning is required both as a matter of law and
policy. This public participation program affirms the City's commitment to public
involvement in the planning process. The intent of this program is to ensure that city-
wide and neighborhood planning are done with the contribution of all interested
parties, including residents, property owners, business owners, neighborhood
associations and others. The City will make every effort to involve citizens in the
processes to develop and update the Comprehensive Plan, subarea plans, zoning and
other development regulations.

Public participation and intergovernmental coordination procedures are set forth
below to insure conformance with the State Growth Management Act, RCW 36.70A.
Specifically, these procedures are set forth to establish policy providing for early and
continuous public participation in the City's development and amendment of the
Comprehensive Plan and development regulations implementing the plan. Errors in
exact compliance with the established procedures shall not render the Comprehensive
Plan or development regulations invalid.

1)  Before the due date for submittal of requests for Comprehensive Plan amendments,
the City will publish an article on City-controlled media and distribute it to local news
media inviting amendment requests and informing the public of the deadline.

2)  Proposed amendments to the Comprehensive Plan and development regulations
which affect the unincorporated urban growth area will be subject to public hearings
by the Tumwater and Thurston County Planning Commissions, Tumwater City
Council and Thurston County Board of Commissioners.

13

3) City publications, bulk mail, direct mail, email, broadcast and print media, or the City's website should be utilized by the City to inform affected parties about current or proposed plans or regulations, as well as opportunities for participation in City decision processes.

4) Procedures for providing notice of public hearings are set forth in Chapter 18.60 TMC. The City should have proposed amendments to the Comprehensive Plan and development regulations available to the public for inspection at City Hall during regular business hours beginning on the first business day following the date the public hearing notice is published.

5) In addition to hearings and other formal opportunities for oral and written public comment, the City should use various outreach techniques such as opinion surveys, speakers programs, forums, workshops, open houses, hands–on events and task forces.

6) The Planning Commission may request the Mayor to appoint a subcommittee of the Planning Commission when the size, technical complexity or content of a proposed comprehensive plan or development regulation amendment warrant. The committee would be responsible for preparing draft planning documents and/or ordinances for Planning Commission consideration. Subcommittee meetings would have the status of open public meetings, which can be attended by any interested individuals or groups.

7) Adjacent local jurisdictions, fire districts, school districts, public transit agencies, appropriate state agencies, Port of Olympia and the Squaxin Island Tribe will be mailed a notice of draft Comprehensive Plan and development regulation amendment proposals prior to final adoption by the City Council. The notice will contain a description of the amendments and methods for obtaining the draft proposal. Methods for providing input will also be included. Whenever possible, this notification process will be accomplished prior to Planning Commission consideration and in conjunction with the State agency notification requirement set forth in RCW 36.70A.106.

000034

## 2.    POLICIES/DESIGNATIONS/DEFINITIONS

### 2.1    Introduction

The Land Use Plan makes specific recommendations for areas within the eight neighborhoods within the City   Each neighborhood area chapter contains a map and text identifying specific land use designations for particular areas.  The purpose of this chapter is to define each designation and to identify criteria for their use    These definitions and criteria should be used to understand the Land Use Plan maps and neighborhood text recommendations.  Additionally, these definitions and criteria are also meant to be used in conjunction with Chapter 3, Goals/Policies/Objectives.  At the end of this chapter are definitions of the innovative housing and land use methods discussed in the residential land use section of this chapter

Figure 4 shows all of the land use designations that have been applied in the Tumwater Land Use Plan.  These designations are meant to address all existing land uses and potential land uses that could occur in Tumwater    The number of designations has been kept to a minimum in the interest of simplicity

| CITY OF TUMWATER LAND USE DESIGNATIONS | |
|---|---|
| Residential/Sensitive Resource (2-4 DU Acre) | Light Industrial |
| Single-Family Low Density (4-7 DU/Acre) | Airport Related Industrial |
| Single-Family Medium Density (6-9 DU/Acre) | Heavy Industrial |
| Multi-Family Medium Density (9-15 DU/Acre) | Utilities |
| Multi-Family High Density (14-29 DU/Acre) | Public/Institutional |
| Mixed Use | Parks/Open Space |
| Neighborhood Commercial | Shoreline Environment |
| New Market Historic District | Tumwater Town Center |
| General Commercial | Manufactured Home Park |

Figure 4

### 2.1 1   City-Wide Land Use Map

The City-Wide Land Use Map represents the general future land use patterns that are desired for Tumwater within the 20 year planning period.  This chapter, Chapter 3, Goals/Policies/Objectives, and the policies in each neighborhood chapter will implement the land use patterns on the Land Use Map   The designations and policy

000035

the existing neighborhood.   Compatibility should be achieved through the use of buildings that are sized and designed to be residential in scale, small overall area devoted to neighborhood-scale commercial use, and design and layout which screens residential areas from excessive noise, lights, storage and parking areas.   These uses should be oriented primarily to pedestrian and bicycle use, uses which would result in excessive automobile traffic should be discouraged (e.g., gas stations, drive-thru restaurants)

Most neighborhood-scale commercial areas serving a particular neighborhood will consist of one business.   However, new neighborhood-scale commercial uses may be considered in areas where one or more such uses already exist.   In those cases, additional businesses should be located adjacent to the existing business in small clusters to avoid the development of commercial strips or many small businesses strung out along transportation corridors.

Mobile and manufactured home parks which were legally established prior to adoption of this plan should have the "Manufactured Home Park" designation applied to them in order to ensure a sufficient supply of land for manufactured homes in parks. and that are located on lands designated Residential/Sensitive Resource, Single-Family Residential or Light Industrial should be treated as a permitted use in the implementing zoning, except where there is a cessation of the use for three or more years.   Expansion of the mobile home park area should not be allowed; however, enlargement of units within existing mobile home spaces should be permitted.

In order to meet the goals of the Growth Management Act, the Land Use Plan, and the Housing Plan, five several designations for residential land use in Tumwater have been developed.   Each of these designations has specific criteria and characteristics related to development in each designation.

2.2.1  Residential/Sensitive Resource (2-4 DU/Acre)

The purpose of this designation is to recognize areas of unique open space character and sensitivity to environmental disturbance such as around stream corridors, lakes and wetlands within the city limits and Tumwater's growth area.

Residential/Sensitive Resource areas are intended to be used only for exceptional places within the City and its growth area.   This designation should be applied to areas that are not protected by the State Shoreline Management Act and are not already built out.   These areas are where intensive urban development would adversely affect ground or surface waters or environmental resource areas.   In addition to being of a relatively low density, development in these areas should be

22

000036

Accessory units should be permitted in this designation within the permitted density on sewered lots except where the Health Department has approved septic systems. Accessory units will provide affordable housing and extra income for homeowners.

Where clustering is used, it should be applied in the following manner in areas with this designation.

> ➢ Clustering is recommended for development proposals in the Residential/ Sensitive Resource designation.

> ➢ Open space preserved through clustering should be at least 30% of the gross area of the site   Of this 30%, at least half should be useable for passive recreational purposes.  Passive recreational uses include activities such as hiking, bicycling, horseback riding, and fishing; and areas that provide access to shorelines and other recreational uses.  (Tumwater Parks and Recreation Plan)  If half (50%) of the 30% preserved for open space on a lot or development proposal is not useable for passive recreational purposes, then an additional amount of open space should be set aside to make the amount of area usable for passive recreational purposes equal to the amount of open space area that is not useable for passive recreational purposes.

~~Both UBC and HUD types of~~ Designated manufactured housing should be permitted on single lots in this designation, subject to design standards.

### 2.2 2  Single-Family Low Density (4-7 DU/Acre)

Design standards have not been recommended for this designation because development at this density generally has less visual impacts than higher densities.

The density of new development in the Single-FamilyLow Density designation should be averaged over the entire site in order to reach the maximum densities required to accommodate future population.  It is not the intent of the City to require that lots be of a specific size but that densities be met as an average of the overall site.

Clustering should be considered in this residential designation to protect sensitive areas yet still accommodate residential development.

~~Both UBC and HUD types of~~ Designated manufactured housing should be permitted on single lots in this designation, subject to design standards.

Accessory units should be permitted in this designation within the permitted density

24

on sewered lots except where the Health Department has approved septic systems. Accessory units will provide affordable housing and extra income for homeowners.

Duplexes should not be permitted in this designation due to density considerations and the lack of design standards.

However, duplexes which were legally established prior to adoption of this plan and that are located on lands designated Single-Family Residential Low Density should be treated as a permitted use in the implementing zoning, except where there is a cessation of the use for three or more years. Additional dwelling units should not be allowed to be added to existing duplex structures, however, enlargement of existing duplex units should be permitted within the limitations established by the implementing zoning

## 2.2.3  Single Family Medium Density (6-9 DU/Acre)

The density of new development in the Single-Family Medium Density designation should be averaged over the entire site in order to reach the maximum densities required to accommodate future population.  It is not the intent of the City to require that lots be of a specific size but that densities be met as an average of the overall site

Design review should be applied in this designation for development that is of a greater intensity and scale than the existing and adjacent neighborhood in order to ensure neighborhood compatibility of new development.

It is envisioned that underlying zoning in this designation would permit innovative housing techniques such as attached single family, alley houses, z-lot and alternate width lot housing  In order for these techniques to be used, there must be mechanisms to ensure neighborhood compatibility and design quality  Some of the innovative techniques that could be used in this designation include small single family housing with alleys and zero lot line or Z-lot developments.

Clustering should be considered in this residential designation to protect sensitive areas yet still accommodate residential development.

Accessory units should be permitted within the permitted density in this designation to provide affordable housing and extra income for homeowners.

Duplexes should be permitted in this designation subject to design standards.  Both ~~Both UBC and HUD types of~~ Designated manufactured housing should be permitted on single lots in this designation, subject to design standards.

25

This residential designation should provide a mix of housing types in order to provide affordable housing and ensure neighborhood stability

2.2.4  Multi-Family Medium Density (9-15 DU/Acre)

Design review should be applied in this designation for development that is of a greater intensity and scale that the existing and adjacent neighborhood in order to ensure that multi-family development is compatible with existing and surrounding neighborhoods.

The density of new development in the Multi-Family Medium Density designation should be averaged over the entire site in order to reach the maximum densities required to accommodate future population. It is not the intent of the City to require that lots be a specific size but that densities be met as an average of the overall site

Detached single-family housing could be provided in the Multi-Family Medium Density designation as long as the overall site meets the density goals of the designation. The intent of this policy is to ensure diversity in housing types in these areas  This residential designation is meant to provide primarily for multi-family condominium and apartment types of structures.

Clustering should be considered in this residential designation to protect sensitive areas yet still accommodate residential development.

Accessory units should be permitted in this designation within the permitted density to provide affordable housing and extra income for homeowners.

~~Both UBC and HUD types of~~ Designated manufactured housing should be permitted on single lots in this designation, subject to design standards.

~~Mobile~~ Manufactured home parks should be permitted in the Multi-Family Residential Medium Density designation subject to development at City standards and site plan review by the Hearing Examiner

Additionally, Multi-Family Medium Density designated areas should be accompanied by open space, environmental protection for sensitive areas and mass transit linkage in order to make these higher densities viable and compatible with the community

000039

2.2 5   Multi-Family High Density (14-29 DU/Acre)

Design review should be applied to development in this designation to ensure that
multi-family development is compatible with existing and surrounding neighborhoods.
The Multi-Family High Density designation should be applied in areas that are
planned-for major transportation corridors and areas adjacent to the city center  The
density of new development in the Multi-Family High Density designation should be
averaged over the entire site in order to reach the maximum densities required to
accommodate future population.  It is not the intent of the City to require that lots be
of a specific size but that densities be met as an average of the overall site

Clustering should be considered in this residential designation to protect sensitive
areas yet still accommodate residential development.

Accessory units should be permitted in this designation only in areas of existing lower
density single family development.,  Minimum density requirements would preclude
accessory units within new development in this designation.

Multi-Family High Density designated areas should be accompanied by significant
open spaces, environmental protection for sensitive areas and mass transit linkage in
order to make these higher densities viable and compatible with the community

2.2.6   Manufactured Home Park (6-9 DU/Acre)

The Manufactured Home Park (MHP) land use designation is intended to ensure
consistency with RCW 36.70A.070(2)(c) which requires sufficient land be available
for all types of housing including manufactured housing.

Manufactured home parks are permitted in this designation subject to City
development standards and site plan review by the Hearing Examiner.

Designated manufactured housing should be permitted on pre-existing single lots of
record in this designation, subject to design standards.

This residential designation should help to provide sufficient land for manufactured
housing in manufactured home parks and ensure neighborhood stability.

Uses that are incompatible or inconsistent with the goal of protecting and preserving
manufactured home parks should not be allowed.

Design review should be applied in this designation for development that is of a

LAND USE PLAN (Updated 2008)
CHAPTER 2                                    POLICIES/DESIGNATIONS/DEFINITIONS

greater intensity and scale than the existing and adjacent neighborhood in order to ensure neighborhood compatibility of new development.

Manufactured Home Park designated areas should be accompanied by open space and environmental protection for sensitive areas in order to make these areas compatible with the community.

Additionally, these areas should be located along or near mass transit linkages and close to urban services.

Figure 5 provides a summary of innovative land use techniques that are recommended to be used in each residential designation.

| INNOVATIVE LAND USE MANAGEMENT TECHNIQUES FOR RESIDENTIAL DEVELOPMENT | | | | | |
|---|---|---|---|---|---|
| | Residential/Sensitive Resource 2-4 DU/Acre | Single-Family Low Density 4-7 DU/Acre | Single-Family Medium Density 6-9 DU/Acre | Multi Family Medium Density 9-15 DU/Acre | Multi Family High Density 14-29 DU/Acre |
| Design Review | | | x | x | x |
| Revised Development Standards | x | x | x | x | x |
| Minimum Average Density | x | x | x | x | x |
| Clustering | x | x | x | x | x |
| Manufactured Homes on single lots | x | x | x | x | |

Figure 5

2 3   Mixed Use (Residential Minimum 14 DU/Acre)

It is the intent of the Mixed-Use designation that there be a mixture of commercial and residential uses in close proximity   Mixed use can include but is not limited to mixed use buildings with retail or office uses on the first floor and residential above

The Mixed Use designation provides an opportunity to develop areas in Tumwater

28

000041

stacked townhouses, and townhouse mews

**Modular/Manufactured Housing**

In accordance with State law, Mmanufactured homes should be allowed anywhere that site built single family homes are allowed. on single lots within the Single Family Low Density designation and the Single Family Medium Density designation.

It is not the intent of this plan to promote the designation of a sufficient supply of land for development of traditional mobile/manufactured home parks; but, rather and to recognize that modular/manufactured housing on single family lots and in manufactured home parks is a viable form of housing construction.

000042

(2 3 1)

4.3     ~~Mobile m~~Manufactured housing should be allowed to site on individual lots within the City, as well as within mobile/manufactured home parks, to encourage affordable housing

> 4.3.1 Consider methods, including creating a new zone district and land use designation to provide sufficient land for manufactured housing in accordance with the Growth Management Act.

4 4     Implementing regulations should permit experimentation in newer forms of residential development where amenities of open space, privacy and visual quality can be maintained or improved, and flexible solutions to land use problems such as affordability can be achieved.

> 4 4 1 Consider revision of the City's Development Standards to encourage innovative land use management techniques.
> (2 3 1)

4 5     Higher density residential uses should be encouraged in order to provide affordable housing  These uses should blend with the existing character of the community

## GOAL #5

Ensure that development patterns that will encourage efficient multi-modal transportation systems are coordinated with regional, City and County transportation plans

Policy     Objective

5 1     Ensure coordination with the Tumwater Transportation Plan.

5 2     Ensure coordination with the Thurston Regional Transportation Plan.

> 5 2 1 Ensure that the nine County Wide Policy elements in the County-Wide Policy Plan are implemented. (1 1 1)

5 3     Ensure coordination with the Tumwater Parks and Recreation Plan.

5 4     Pedestrian and bicycle trail links with various parts of Tumwater and

45

000043

Figure 11 shows the results of the calculations graphically  The first bar of the graph shows the number of residential units needed to accommodate projected population growth.  The second and third bars of the graph indicate the potential new units that could be constructed.  The minimum and maximum density bars are based on the density ranges of each residential land use designation and the Mixed Use designation.

What the graph shows is that the City can accommodate the projected population growth. Even if all development occurs at the minimum density, accommodation of all the projected population will be possible  However, it is not expected that the majority of development will occur at minimum densities.  As population increases in the Thurston County area and housing costs become increasingly more expensive due to land and construction costs, it is likely that a larger market for higher density development will occur

Each land use designation intended for residential uses will utilize a minimum density policy  A minimum density policy would require development to be configured so that infill may occur in the future and would ensure that valuable urban land is not developed at extremely low densities. The minimum density policy is one of the main tools to accommodate future population in the Land Use Plan.

There are many variables that must be taken into account when determining the holding capacity of vacant land. For example, certain amounts of a developable parcel of land will be used for rights-of-way, utilities, and areas not buildable because of environmental constraints.  Additionally, maximum buildout is unlikely to occur due to market conditions.   The Shoreline Designation in the Deschutes River Special Area Management Plan in the Upper Reach permits residential uses in certain areas no greater than 4 units per acre with not more than 30% impervious surface coverage These areas are quite limited in the Deschutes River Special Area Management Plan.

The Land Use Plan should be reviewed annually and new development should be tracked to determine if the City will meet its population accommodation goals for the 20 year time period.  Population forecasts can be very inaccurate especially for a time period as long as 20 years.  The calculations should be adjusted as regional population projections change.

4.6    Recently Annexed Areas

In some situations areas are annexed to Tumwater and a re-designation and rezone can occur before the Comprehensive Plan is updated to reflect the annexation. Such

is the case with the Littlerock-70th Avenue Annexation (O2008-001) that was effective on February 1, 2008. The area is large enough (2.5 square miles) that an entirely new neighborhood chapter may be warranted for the area. The issue of new neighborhoods and a complete update to the Land Use Plan was placed on the 2008 docket as a placeholder item and was to be undertaken if time allowed. However, other items further up the list have taken the bulk of staff time so these updates will not be completed in the 2008 annual amendment cycle.

The only change in Comprehensive Plan designations in the Littlerock-70th Avenue Annexation area is the application of the Manufactured Home Park designation to the Laurel Park Estates mobile home park (located at the northwest corner of the intersection of 66th Avenue and Kirsop Road) and the Velkommen mobile home park (located on the south side of 70th Avenue just east of Littlerock Road). Mobile/manufactured home parks within Tumwater are also receiving this new designation and the corresponding zoning at the same time.

000045

☐   **Neighborhood Commercial Designation**

–   Area on the northwest corner of Israel Road and Littlerock Road

☐   **General Commercial Designation**

–   Trosper Road/2nd Street/Littlerock Road intersection area
–   Southgate Shopping Center, east of Interstate 5
–   Area east of Interstate 5, north of Lee Street

☐   **Light Industrial Designation**

–   Beehive Industrial Park area

☐   **Public/Institutional Designation**

–   Michael T. Simmons Grade School/North End Fire Station

☐   **Utilities Designation**

–   Bonneville Power easement, north of Trosper Lake
–   Puget Sound Energy Barnes Lake substation west of 2nd Street, north of Trosper Road

☐   **Shoreline Environment Designation**

–   Trosper Lake

☐   **Parks/Open Space Designation**

–   Percival Creek
–   Barnes Lake

☐   **Manufactured Home Park (6-9 DU/Acre)**

–   Eagles Landing Manufactured Housing Community
–   Tumwater Mobile Estates
–   Western Plaza Mobile Home Park

000046

creek are compatible with the stream environment. The Parks/Open Space designation is conducive to achieving these goals in areas within the 100 year flood plain.

Barnes Lake is a relatively shallow lake with areas of marshlands along its edge, subject to seasonal high standing water  Barnes Lake was originally under Shoreline jurisdiction.  However, the Department of Ecology removed this designation in 1987 because the lake was remeasured and found to be less than 20 acres in size, which is the minimum size for a body of water to be included under Shoreline jurisdiction. Additionally, the shores of Barnes Lake are subject to severe settling problems

As one of the Trosper Neighborhood's most important assets, the shoreline and waters of Barnes Lake should be protected.  The Parks/Open Space designation would best achieve this goal as the lake is not under Shoreline jurisdiction.  Most of the property surrounding Barnes Lake is developed with residential uses ranging from apartments and condominiums to single family homes.  Because of this, areas surrounding Barnes Lake would not meet the criteria for application of the Residential/Sensitive Resource (2-4 DU/Acre) designation.

6.15   Manufactured Home Park Designation

There are three manufactured/mobile home parks within this neighborhood.  In accordance with the goals of Growth Management Act and this Comprehensive Plan, these areas have been designated specifically for manufactured home parks in order to provide sufficient land for manufactured housing. The designation shall be applied to the Eagles Landing, Western Plaza, and Tumwater Mobile Estates.

000047

# SE CAPITOL BOULEVARD NEIGHBORHOOD

☐ **Introduction**

- Location
- Existing proportions of land uses
- Transportation/circulation
- Water and sewer availability
- County and Tumwater adjacent uses
- Supporting plans/documents

☐ **Single-Family Residential Low Density Designation (4-7 DU/Acre)**

- Palermo neighborhood
- Area south of "V" Street, east of Elm Street
- ~~Thunderbird Mobile Home Park~~
- Area east of Peter G. Schmidt Elementary School
- Area south of Dennis Street, east of Elm Street
- Area between "T" Street and "V" Street east of Bell Court

☐ **Single-Family Residential Medium Density Designation (6-9 DU/Acre)**

- Areas east of Capitol Boulevard
- Areas west of Capitol Boulevard

☐ **Multi-Family Residential Medium Density Designation (9-15 DU/Acre)**

- Area north of Peter G. Schmidt Elementary School

☐ **Multi-Family Residential High Density Designation (16-29 DU/Acre)**

- Area south of Lee Street, west of Capitol Boulevard

☐ **Mixed Use Designation**

- Area east of Capitol Boulevard, south of Lee Street, at site of WA Dept. of Transportation, Region 3 offices

97

000048

☐ **General Commercial Designation**

-  Area along Capitol Boulevard
-  Areas east of Linderson Way

☐ **Light Industrial Designation**

-  Area south of Dennis Street, east of Bonniewood Drive

☐ **Utilities Designation**

-  Bonneville Power easement

☐ **Parks/Open Space Designation**

-  Tumwater watershed

☐ **Neighborhood Commercial Designation**

-  Tumwater Boulevard

☐ **Manufactured Home Park (6-9 DU/Acre)**

-  Thunderbird Village mobile home park

☐ **Plans Associated with the SE Capitol Boulevard Neighborhood**

-  Transportation Plan
-  Parks and Recreation Plan
-  Economic Development Plan
-  Northern Thurston County Groundwater Management Plan
-  Conservation Plan
-  Tumwater Stormwater Comprehensive Plan Update
-  Drainage Design and Erosion Control Manual for Tumwater
-  Thurston Regional Transportation Plan
-  Cities of Lacey, Olympia & Tumwater Urban Trails Plan (partial)
-  Deschutes River Special Area Management Plan

98

8.12   Manufactured Home Park Designation

There is one large mobile home park within this neighborhood. In accordance with the goals of providing a sufficient supply of land for manufactured homes, the Manufactured Home Park designation has been applied to the Thunderbird Village mobile home park located on the east end of Dennis Street.

000050

# COMPREHENSIVE PLAN MAP AMENDMENT
## APPLICANT· CITY OF TUMWATER
New Land Use Designation  Manufactured Home Park (MHP)



**TUMWATER MOBILE ESTATES**
MFH&SFM to MHP

**EAGLES LANDING**
SFM to MHP

**WESTERN PLAZA**
MFM to MHP

**THUNDERBIRD VILLA**
SFL to MHP

**LAURAL PARK**
MFM to MHP

**VELKOMMEN**
MFM to MHP

Former Land Use Designation
Eagles Landing--Single Family Medium Density
Laural Park--Multi-Family Medium Density
Tumwater Mobile Estates--Multi-Family High
    Density&Single Family Medium Density
Thunderbird Villa--Single Family Low Density
Velkommen--Multi-Family Medium Density
Western Plaza--Multi-Family Medium Density

New Land Use Designation.
Manufactured Home Park

**Legend**
MOBILE/MANUFACTURED PARKS
URBAN GROWTH BOUNDARY
TUMWATER CITY LIMITS

0  0.25 0 5    1    1 5    2    2.5
Miles

N

CITY OF TUMWATER PLANNING AND FACILITIES DEPARTMENT
January 7  2009  Ordmap-Mobile&Manufactured Home Parks.MXD

DISCLAIMER: The City of Tumwater does not warrant,
guarantee, or accept any liability for the accuracy
precision, or completeness of any information shown
hereon or for any inferences made therefrom.

000051



COMPREHENSIVE PLAN MAP AMENDMENT
APPLICANT. CITY OF TUMWATER

Tumwater Urban Growth Area Boundary Adjustment - 93rd Avenue SE

LEGEND

- URBAN GROWTH BOUNDARY
- AREA REMOVED FROM URBAN GROWTH AREA
- CITY OF TUMWATER

Tumwater Planning and Facilities Department
OCTOBER 27, 2008
Ordnmap-93rd AVE UGA ADJUSTMENT AREA--10-23-08--8X11.mxd

0  500 1,000   2,000   3,000   4,000   5,000   6,000 Feet

000052

EXHIBIT B – ORDINANCE NO O2008-027

Amendments to the Housing Plan Element
Of The Tumwater Comprehensive Plan

Plan shall be amended at the locations shown on the attached
sheets.  Underlined text shall be added, strikeout text shall be deleted.

000053

Case 3:09-cv-05312-BHS   Document 15-3   Filed 02/19/10   Page 28 of 34

housing types to accommodate the future needs for each type of housing, including single family, multi-family and manufactured homes in manufactured home parks and on single lots.

**2.1.1  Consider implementing a new land use designation and zone district to provide sufficient land for manufactured housing in manufactured home parks in accordance with the Growth Management Act.**

2.2      Provide opportunities for a range of housing costs to provide for all economic segments of Tumwater's population.

**2.2.1  Monitor the Comprehensive Land Use Plan and Zoning Code to ensure an adequate supply of suitably-zoned land.**

**GOAL #3    To provide adequate, affordable housing for residents of all income groups, including sufficient housing affordable to low and moderate-income groups.**

**Policy              Objective**

3 1      Encourage the development of innovative plans, codes, standards and procedures in order to take advantage of new private and public sector approaches to housing provision.

**3.1.1  The Zoning Code allows manufactured homes (HUD Standards) on single family lots in all residential zones. It is not the intent of this plan to promote the designation of a sufficient supply of land for development of traditional mobile/manufactured home parks; but, rather and to recognize that modular/manufactured housing on single family lots and in manufactured home parks is a viable form of housing construction.**

3 2      Encourage provision of adequate building sites through appropriate land use planning and zoning codes, infrastructure supply, and overall regulatory climate

17

000054

      5 1.1  **Monitor the Comprehensive Land Use Plan and Zoning Code to ensure an adequate supply of suitably zoned vacant land. (2.1 1)**

      5 1.2  **Continue joint planning with Thurston County to plan for future growth in Tumwater.**

      5.1.3  <u>**Consider implementing a new land use designation and zone district to provide sufficient land for manufactured housing in manufactured home parks in accordance with the Growth Management Act.**</u>

5 2      Lands not suitable for development due to site constraints such as wetlands, steep slopes, geologically hazardous areas, etc., should be identified and considered when determining sufficient land for new housing in accordance with Tumwater's Conservation Plan.

5 3      Encourage construction practices which exceed minimum standards. Tumwater will support the use of alternative building designs and methods which exceed the minimum standards set by the City

**GOAL #6:**    **To promote a selection of housing that is decent, safe, sound, in close proximity to jobs and daily activities, and which varies by location, type, design and price.**

**Policy**        **Objective**

6 1      Protect residential areas from undesirable activities and uses through aggressive enforcement of adopted City codes.

6 2      Provide for a dynamic mix of residential land uses and zones in order to create a diverse mix of sites available for different housing types

      6.2.1  **Continue to monitor the available land supply, census data, and city policies to ensure a diverse mix of land for residential housing stock.**

      6.2.2  **Continue to implement innovative design techniques, such as zero lot line developments, architectural design**

19

residential areas to minimize urban sprawl and associated public service costs.

    12.1.1   **Continue to review and revise as necessary City Development Standards that are deemed unnecessary and make development more expensive and/or difficult.**

    12.1 2   **Continue to support high density zoning within specific areas of the City that have the infrastructure and services to support high density housing.**

    12.1.3   **Continue to implement minimum density levels for all residential zoning districts to ensure efficient use of the urban growth area.**

    12.1.4   **Work cooperatively with Thurston County to provide for more efficient and orderly annexations to facilitate urban service delivery**

**GOAL #13.  Ensure consistency with RCW 36.70A.070(2)(c) which requires sufficient land be available for all types of housing including manufactured housing.**

**Policy**          **Objective**

13.1      Designate areas specifically for manufactured housing in parks in order to provide sufficient land for manufactured housing.

    13.1.1   **Consider creating a new zone district for manufactured home parks to ensure implementation of the manufactured home park designation.**

000056

EXHIBIT C – ORDINANCE NO  O2008-027

Amendments to the Tumwater/Thurston County Joint Plan Element
Of The Tumwater Comprehensive Plan

Future land use and urban growth boundary maps in Chapters 2 and 3 shall
be amended to depict the adjusted urban growth boundary as shown on the
attached sheet.

COMPREHENSIVE PLAN MAP AMENDMENT
APPLICANT CITY OF TUMWATER

Tumwater Urban Growth Area Boundary Adjustment - 93rd Avenue SE

Tumwater Planning and Facilities Department
OCTOBER 27, 2008
Ordmap-93rd AVE UGA ADJUSTMENT AREA--10-23-08--8X11.mxd

LEGEND
URBAN GROWTH BOUNDARY
AREA REMOVED FROM URBAN GROWTH AREA
CITY OF TUMWATER

0  500 1,000   2,000   3,000   4,000   5,000   6,000 Feet

000058

EXHIBIT D – ORDINANCE NO O2008-027

Amendment to the Tumwater Zoning map

The Tumwater Zoning Map shall be amended as shown on the attached sheet.

000059



**ZONING MAP AMENDMENT**
**APPLICANT· CITY OF TUMWATER**
Tumwater Urban Growth Area Boundary Adjustment - 93rd Avenue SE

LEGEND

URBAN GROWTH BOUNDARY
AREA REMOVED FROM URBAN GROWTH AREA
CITY OF TUMWATER

Tumwater Planning and Facilities Department
OCTOBER 27, 2008
'Ordmap-93rd AVE UGA ADJUSTMENT AREA-10-23-08-8X11.mxd

0   500 1,000   2,000   3,000   4,000   5,000   6,000 Feet

000060