UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAUREL PARK COMMUNITY, LLC, a Washington limited liability company; TUMWATER ESTATES INVESTORS, a California limited partnership; VELKOMMEN MOBILE PARK, LLC, a Washington limited liability company; and MANUFACTURED HOUSING COMMUNITIES OF WASHINGTON, a Washington non-profit corporation,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>CITY OF TUMWATER, a municipal corporation,<br><br>　　　　　　　　　　　　　　　Defendant. | No. 3:09-cv-05312-BHS<br><br>DECLARATION OF WILLIAM SCHMICKER IN SUPPORT OF PARTIAL SUMMARY JUDGMENT |

WILLIAM SCHMICKER declares and states as follows:

1. I am over the age of eighteen, competent to testify, and familiar with the facts herein.

2. I am a partner in plaintiff Tumwater Estates Investors, which owns Tumwater Estates, a manufactured housing community located in Tumwater, Washington. I have purchased, sold, and managed manufactured home communities since 1977.

3. My partners and I purchased Tumwater Estates well before Tumwater's manufactured home park ordinances took effect. My partners and I bought the park in reliance on the zoning permitted at the time. The property was then zoned *multi*-family high density

Declaration of William Schmicker - 1
000240

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington
(206) 574-6661   (206) 575-1397 Fax

residential. Until Tumwater's manufactured home park ordinances went into effect, under the zoning then in effect we were permitted to use our property for a variety of uses, including multi-family dwellings, residential planned unit developments, senior housing facilities, and any combination of permitted uses. We were also permitted a number of additional accessory and conditional uses. We anticipated using our property as a mobile home park so long as that use was economically viable. We expected to be able to turn to other economically productive uses at our discretion or to sell it if it became economically unviable. Our plan was to hold onto the property until the highest and best use of the property changed and then we expected to realize our economic expectation by either selling the property or redeveloping it for commercial purposes.

4. Under Tumwater's existing zoning, we can now only use our property for manufactured home parks, parks, trails, open space areas, support facilities, and child care facilities. We are also permitted to construct one single-family detached residence per existing single lot of record. Our property is situated on approximately 22.44 acres of land within Tumwater and contains 115 mobile home pads. But we would be allowed to construct only one single-family detached residence on the property if we removed the existing manufactured homes. The additional uses to which we are permitted to put our property under the existing zoning are not economically viable uses of the property because some, like parks and trails, earn no income at all. Others, like support and child care facilities, require an investment with little probability of return and licensure to be possible. A limited number of other primarily public or institutional uses, such as churches, cemeteries, and essential public facilities are also possible under the current zoning. But a church or a cemetery is hardly a viable economic use; the possibility of any return on such use is illusory. This is all the more obvious when the value of

Declaration of William Schmicker - 2

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661   (206) 575-

our property and its income-generating ability as a church or a cemetery is compared to its value and income-generating ability when used for multi-family housing. None of the conditional uses permitted under Tumwater's existing zoning are *viable* economic uses of our property, especially when considering that many of those uses would require additional discretionary permitting by Tumwater. Acquiring the necessary permits from Tumwater for such uses seems unlikely. By mandating that Tumwater Estates remain a mobile home park, Tumwater has deprived us of economically viable use of our property and damaged its fair market value.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed at Walnut Creek, California this 30th day of January, 2010.

_____
William Schmicker

Declaration of William Schmicker - 3

000242

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661   (206) 575-1397 Fax