UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAUREL PARK COMMUNITY, LLC, a Washington limited liability company; TUMWATER ESTATES INVESTORS, a California limited partnership; VELKOMMEN MOBILE PARK, LLC, a Washington limited liability company; and MANUFACTURED HOUSING COMMUNITIES OF WASHINGTON, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUMWATER, a municipal corporation,<br><br>Defendant. | No. C09-05312BHS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Note on Motion Calendar: March 26, 2010 |

THIS MATTER came before the Court on the motion of plaintiffs Laurel Park Community, LLC, Tumwater Estates Investors, Velkommen Mobile Park, LLC, and Manufactured Housing Communities of Washington for an order granting their motion for partial summary judgment. Plaintiffs were represented by Philip A. Talmadge, Thomas M. Fitzpatrick, and Emmelyn Hart-Biberfeld of Talmadge/Fitzpatrick, 18010 Southcenter Parkway, Tukwila, WA 98188, (206) 574-6661 and Walter H. Olsen, Jr. of Olsen Law Firm PLLC, 604 W. Meeker Street, Suite 101, Kent, WA 98032, (253) 813-8111. Defendant City of Tumwater was represented by Jeffrey S. Myers of Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S., P.O. Box 11880, Olympia, WA 98508-1880, (360) 754-3480.

Order Granting Motion for Partial Summary Judgment - 1

000279

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661   (206) 575-1397 Fax

The Court considered the following pleadings:

- Plaintiffs' Motion for Partial Summary Judgment on Takings/Due Process Violations;

- Declaration of James Andersen in Support of Motion for Partial Summary Judgment;

- Declaration of Robert Eichler in Support of Motion for Partial Summary Judgment;

- Declaration of William Schmicker in Support of Motion for Partial Summary Judgment;

- Declaration of John Woodring;

- Declaration of Scott Missall;

- Declaration of Jeanne-Marie Wilson in Support of Partial Summary Judgment;

- 

- 

Being fully advised as to the premises for the motion, the Court rules as follows:

1.      Plaintiffs' motion for partial summary judgment is hereby GRANTED.

DONE IN OPEN COURT this _____ day of _____, 2010.

_____
JUDGE

Order Granting Motion for Partial Summary Judgment - 2

000250

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington  98188-4630
(206) 574-6661   (206) 575-1397 Fax

Presented by:

*Philip A. Talmadge*

Philip A. Talmadge, WSBA #6973
Thomas M. Fitzpatrick, WSBA #8894
Emmelyn Hart-Biberfeld, WSBA #28820
Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, WA 98188-4630
(206) 574-6661
Email: phil@tal-fitzlaw.com
       tom@tal-fitzlaw.com
       emmelyn@tal-fitzlaw.com


Walter H. Olsen, Jr., WSBA #24462
Olsen Law Firm PLLC
604 West Meeker St., Ste. 101
Kent, WA 98032
(253) 813-8111
Email: walt@olsenlawfirm.com
Attorneys for Plaintiffs

Order Granting Motion for Partial Summary Judgment - 3

000281

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661   (206) 575-1397 Fax