...

## DECLARATION OF SERVICE

On this day said forth below, I filed by CM/ECF a true and accurate copy of: Plaintiffs' Motion for Partial Summary Judgment on Takings/Due Process Violations, Declaration of Scott Missall, Declaration of John Woodring, Declaration of James Andersen in Support of Partial Summary Judgment, Declaration of Robert Eichler in Support of Partial Summary Judgment, Declaration of William Schmicker in Support of Partial Summary Judgment, Declaration of Jeanne-Marie Wilson in Support of Partial Summary Judgment, (Propose) Order Granting Plaintiffs' Motion for Partial Summary Judgment in U.S. District Court Cause No. C09-5312 BHS to the following parties:

Walter H. Olsen, Jr.
Olsen Law Firm, PLLC
604 W. Meeker Street, Suite 101
Kent, WA 98032
walt@olsenlawfirm.com

Karen E. Kirkpatrick
City of Tumwater
555 Israel Rd SW
Tumwater, WA 98502
kkirkpatrick@ci.tumwater.wa.us

Jeffrey S. Myers
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
PO Box 11800
Olympia, WA 98508-1880
jmyers@lldkb.com

Original sent electronically for filing with:
United States District Court, Western District of Washington at Tacoma
Clerk's Office
1717 Pacific Avenue
Tacoma, WA 98402

Judge's Working Copies delivered by ABC Legal Messengers for:
Judge Benjamin Settle
United States District Court, Western District of Washington at Tacoma
Clerk's Office
1717 Pacific Avenue
Tacoma, WA 98402

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED: February 19, 2010, at Tukwila, Washington.

*[signature]*
Paula Chapler, Legal Assistant
Talmadge/Fitzpatrick

000282

DECLARATION