UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAUREL PARK COMMUNITY, LLC, a Washington limited liability company; TUMWATER ESTATES INVESTORS, a California limited partnership; VELKOMMEN MOBILE PARK, LLC, a Washington limited liability company; and MANUFACTURED HOUSING COMMUNITIES OF WASHINGTON, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TUMWATER, a municipal corporation,<br><br>Defendant. | NO.   C09-5312 BHS<br><br>DECLARATION OF DAVID GINTHER IN SUPPORT OF DEFENDANT CITY OF TUMWATER'S MOTION FOR SUMMARY JUDGMENT |

PURSUANT TO 28 U.S.C. § 1746, David Ginther, hereby declares as follows:

1. I am a Senior Planner for the defendant City of Tumwater. I have worked for the City of Tumwater for eleven years working in the long range planning department. I am over the age of 18, competent to be a witness and make this declaration on personal knowledge.

2. In 2008, I was assigned as one of the primary staff members to work on development of new zoning ordinances for manufactured home parks (MHPs) by my supervisor, Planning & Facilities Director Michael Matlock. My responsibilities included attending meetings of the City Council, General Government Committee and Planning Commission to

DECLARATION OF DAVID GINTHER  – 1

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511

assist in development of these ordinances. I conducted research on behalf of the legislative bodies considering these ordinances, prepared staff reports and periodically made presentations to the City's legislative bodies on topics of concern to them over the 18 months that these ordinances were being considered.

3. I was also responsible for maintaining records of the City's consideration of these ordinances, including any correspondence received, staff reports, different proposed draft ordinances and other records considered by the City. After Ordinance O2008-009 and Ordinance O2008-027 were adopted, they were appealed to the Western Washington Growth Management Hearings Board. I assembled the administrative record that was certified by the City to the Board for its review. This record consisted of over 135 documents and was certified and used by the Board in its review proceedings. The exhibits attached to this Declaration are part of the certified Administrative Record filed with the Board.

4. Attached hereto as Exhibit A is a true and correct copy of Ordinance O2008-009, adopted by the City Council of the City of Tumwater on February 17, 2009.

5. Attached hereto as Exhibit B is a true and correct copy of Ordinance O2008-027, adopted by the City Council of the City of Tumwater on February 17, 2009.

6. Attached hereto as Exhibit C is a true and correct copy of the Report and Recommendation of the City of Tumwater Planning Commission, adopted on December 9, 2008.

7. Attached hereto as Exhibit D is a true and correct copy of excerpts from the meeting packet, including a preliminary draft of Ordinance O2008-009.

8. Attached hereto as Exhibit E is a true and correct copy of the City Zoning Map depicting the newly adopted MHP Districts.

9. Attached hereto as Exhibit F is a true and correct copy of critical areas mapping showing aerial photographs of the property.

10. Attached hereto as Exhibit G is a true and correct copy of Correspondence from William D. Schmicker, dated 6/13/08.

DECLARATION OF DAVID GINTHER – 2

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

11. Attached hereto as Exhibit H is a true and correct copy of excerpts from the Staff Report to the Planning Commission, dated 9/23/08.

12. Attached hereto as Exhibit I is a true and correct copy of minutes of the Planning Commission meeting and public hearing on 11/25/08.

13. Attached hereto as Exhibit J is a true and correct copy of excerpts (pages 1-6 and portions relating to the Little Rock Subarea plan) from the Staff Report to the Planning Commission dated 12/9/08.

I declare under penalty of perjury under the laws of the state of Washington and the United States of America that the foregoing is true and correct.

DATED this 17th day of March, 2010, at Tumwater, Washington.

_____
David Ginther

DECLARATION OF DAVID GINTHER – 3

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*