# GINTHER

# EXHIBIT C

F

CITY OF TUMWATER
PLANNING COMMISSION RECOMMENDATION
AND
CITY COUNCIL FINAL ORDER

Application Number:      Ordinance   No.   O2008-009–amending   the
                        Tumwater Zoning Code, Title 18 in regards to
                        manufactured home parks and creating a new
                        chapter   in   the   zoning   code   titled   "18.49
                        Manufactured Home Park" which establishes a new
                        zoning district for manufactured home parks.

## I.   PLANNING COMMISSION RECOMMENDATION

The City of Tumwater Planning Commission, having reviewed **Ordinance No.
O2008-009** and all information and evidence presented at its November 25, 2008,
public hearing on the proposed zoning code amendments in regards to the newly
proposed Manufactured Home Park zoning district, hereby adopts the following
findings of fact and conclusions, to be forwarded to the City Council for consideration
and final order.  The relevant minutes of the Planning Commission public hearings
are available at the Tumwater Planning and Facilities Department.

Findings of Fact and Conclusions:

1. According to Washington State Department of Community, Trade, and
   Economic Development (CTED) mobile/manufactured home park closure
   rates in Washington have dramatically increased since 2003.

2. Average mobile/manufactured home park closures between 1989 and 2002
   were 5.8 per year in Washington. Average closures between 2003 and 2008
   were 14 per year in Washington.

3. The Washington State Department of Community, Trade, and Economic
   Development expects the current closing trends to continue.

4. An estimated 1,000 mobile/manufactured home parks are located in urban
   growth areas in Washington.

5. Land values tend to rise quicker in urban growth areas than more rural
   areas.

6. Many of the mobile/manufactured home parks within urban growth areas are
   threatened with closing due to rising land values within those areas.

107                                                                        107

*F*

7. The 10.81 acre Western Plaza mobile home park within Tumwater sold for $4,059,000 on February 8, 2008.

8. No new mobile/manufactured home parks have been built in Tumwater for over a decade.

9. The City of Tumwater has adopted a Comprehensive Plan, in accordance with the State Growth Management Act (GMA).

10. The proposed amendments meet GMA requirements for consistency with the comprehensive plan and County-wide planning policies.

11. The proposed amendments are consistent with the Growth Management Act (GMA) goal which states that jurisdictions subject to the GMA must have a Comprehensive Plan that, "...*identifies sufficient land for housing, including, but not limited to, government-assisted housing, housing for low-income families, manufactured housing, multifamily housing, and group homes and foster care facilities;*" [RCW 36.70A.070(2)(c)]

12. Applying the Manufactured Home Park land use designation and zone district to existing manufactured/mobile home parks will help to ensure a sufficient supply of land for these types of uses in the future.

13. The amendments are consistent with Goal #2 of the Tumwater Housing Plan to provide a sufficient number of single family dwelling units, multi-family dwelling units, manufactured homes, and group housing to provide an affordable selection of housing to each economic segment of the Tumwater population.

14. The amendments are consistent with Policy 2.1 of the Tumwater Housing Plan to provide sufficient, suitably-zoned vacant land for development of all housing types to accommodate the future needs for each type of housing, including single family, multi-family and manufactured homes in manufactured home parks and on single lots.

15. The amendments are consistent with planning Goal #4 of the Growth Management Act: "*Housing. Encourage the availability of affordable housing to all economic segments of the population of this State; promote a variety of residential densities and housing types; and encourage preservation of existing housing stock.*" [RCW 36.70A.020]

108

108

16. The Tumwater Housing Plan (an element of the Tumwater Comprehensive Plan) includes a variety of policies expressly designed to encourage housing affordability, including a multitude of regulatory changes dispersed throughout the document.

17. Manufactured home parks are a source of affordable single family and senior housing in Tumwater.

18. The amendments are consistent with Goal #1 of the Tumwater Housing Plan (an element of the Tumwater Comprehensive Plan) to conserve and improve the existing City housing stock and neighborhoods.

19. Protecting manufactured home parks from the pressures of development will help to maintain the existing stock of manufactured housing provided by these "parks".

20. The amendments are consistent with Policy 1.3 of the Tumwater Housing Plan to promote the conservation of existing communities and community housing goals through the preparation of comprehensive plans and the development review process.

21. The manufactured/mobile home parks known as Eagles Landing, Laural Park, Tumwater Mobile Estates, Thunderbird Villa, Velkommen, and Western Plaza are located within residential neighborhoods and currently have residential zoning and are easily recognized as traditional manufactured housing communities.

22. The properties located at 5012 Rural Road, 6715 Henderson Boulevard, and 6911 Henderson Boulevard have three or more mobile/manufactured homes on the same property so they meet the definition of a mobile/manufactured home park. However, these three exceptionally small "parks" are not the typical easily recognized traditional mobile/manufactured home park, the small size of these three "parks" does not foster a sense of community or neighborhood, and the owners of these three small "parks" appear to own all of the dwellings located on the properties which contrasts sharply with the rest of the more traditional mobile/manufactured home parks in Tumwater where the majority of dwellings are not owned by the land owner.

23. These three small "parks" are not recommended to be included in the new zone district because they are more transitional in nature due to the smaller initial investment in the property when compared to larger more traditional mobile/manufactured home parks which often have paved roads and utility

F

systems and community centers. In addition, the residential densities of these three small "parks" are below the densities of the larger more traditional and easily recognized mobile/manufactured home parks in Tumwater, and below the minimum densities of the zone districts where they are located, and below the generally accepted urban density level for cities and urban growth areas. The low residential density of these three "parks" is not ideal for advancing the goals of preventing low density sprawling development as outlined in the Growth Management Act and the Tumwater Comprehensive Plan.

24. The Allimor Carriage Estates mobile home park, located at 5705 Littlerock Road, is currently the only mobile/manufactured home park within Tumwater that is zoned General Commercial, the only "park" that is almost completely surrounded by General Commercial zoning, and the only "park" that abuts intensive commercial development in the form of commercial strip development and intensive large scale commercial retail including Albertsons, Costco, and Fred Meyer.

25. The Allimor Carriage Estates mobile home park, due to its location adjacent to intensive commercial development, its description in the Tumwater Comprehensive Plan as a transitional property that is expected to develop with a commercial use, and its current General Commercial land use designation and General Commercial zoning, is not conducive to a decent quality of life or the general health and welfare of its residents.

26. Applying the "Manufactured Home Park" zone district to the Allimor Carriage Estates mobile home park is not appropriate due to the expected transition of the property to a commercial use as stated in the Tumwater Comprehensive Plan, General Commercial zoning of the property (as compared to the other mobile/manufactured home parks within Tumwater which have residential zoning), and the intensive commercial uses that surround the "park".

27. Applying the Manufactured Home Park zone to the three small "parks" and the Allimor Carriage Estates mobile home park is inconsistent with Goal #8 of the Housing Plan which is to support healthy residential neighborhoods which continue to reflect a high degree of pride in ownership or residency.

28. Applying the Manufactured Home Park zone to the three small "parks" and the Allimor Carriage Estates mobile home park is inconsistent with Policy 8.1 of the Housing plan which aims to support the stability of established residential neighborhoods.

29. Applying the Manufactured Home Park zone to the six traditional

110                                                                           110

F

mobile/manufactured home parks known as Eagles Landing, Laural Park, Tumwater Mobile Estates, Thunderbird Villa, Velkommen, and Western Plaza is consistent with Goal #8 of the Housing Plan which is to support healthy residential neighborhoods which continue to reflect a high degree of pride in ownership or residency.

30. Applying the Manufactured Home Park zone to the six traditional mobile/manufactured home parks known as Eagles Landing, Laural Park, Tumwater Mobile Estates, Thunderbird Villa, Velkommen, and Western Plaza is consistent with Policy 8.1 of the Housing plan which is to support the stability of established residential neighborhoods.

31. The proposed ordinance was prepared in accordance with the State Environmental Policy Act and public notification requirements of the City of Tumwater and the GMA.

32. These amendments are in the best interests of, and support the health, safety, and welfare of, the residents of the City of Tumwater.

Recommendation:

The Tumwater Planning Commission takes action on this 9th day of December, 2008, to recommend to the City Council that **Ordinance No. O2008-009** be approved.

PLANNING COMMISSION
CITY OF TUMWATER, STATE OF WASHINGTON

*Debbie Sullivan*

Debbie Sullivan, Chair

ATTEST:

*Michael Matlock*

Michael Matlock, AICP, Planning and Facilities Director

Page 5 of 6

111                                                                        111

F

## II.   CITY COUNCIL FINAL ORDER

The Tumwater City Council, after review of the information, evidence, testimony and recommendation of the Tumwater Planning Commission, and having reviewed all additional evidence presented at its _____, 2009 public hearing, hereby makes this final order to approve **Ordinance No. O2008-009**, based upon the findings of fact recommended by the Planning Commission.

Order given this _____day of _____ , 2009.

CITY COUNCIL
CITY OF TUMWATER
STATE OF WASHINGTON

_____
Ralph C. Osgood, Mayor

ATTEST:

_____
Sheryle Wyatt, City Clerk

112                                                                                  112