# GINTHER

# EXHIBIT E

