# GINTHER

# EXHIBIT F



Laur    ark MHP

search    legend    layers

- **Highlighted Feature**
- **Parcels**
- **Roads**
- **Streams**
- **High Ground Water Hazard**
- HGW Hazard
- HGW-200ft Buffer
- **Wetlands**
- YES
- **Wetland Buffers**
- **Flood Zones**
- A - Year
- B - Year
- C - Not Flooded
- **Water Bodies**
- **2006 Aerial Photos**

Laurel Park

TGC Home    Introduction    Metadata    Online maps    Disclaimer

Pan

Zoom to....

Zoom Factor: 125%    Zoom to Point

Tur    ter Mobile Estates

search    legend    layers

Parcels
Roads
Streams
High Ground Water Hazard
HGW Hazard
HGW-300ft Buffer
Wetlands
YES
Wetland Buffers
Flood Zones
A - Year
B - Year
C - Not Flooded
Water Bodies
2006 Aerial Photos

Tumwater
Mobile
Estates

TGC Home    Introduction    Metadata    Online maps    Disclaimer

Zoom to....    ———————— Zoom Factor: 125%  ————————    Zoom to Point

Pan

Overview    In    Out    Full Map    Back    Pan    Identify    Measure    Select    Line    Clear    Print    Help

