# GINTHER

# EXHIBIT G

# PEGASUS GROUP

1148 ALPINE ROAD, SUITE 100
WALNUT CREEK, CA 94596
925-930-0810
FAX 925-256-0300

Mr. Ken Spenser
Manufactured Housing Communities of Washington
509 12th Avenue, SE
Olympia, WA 98501

RE: Proposed Tumwater, WA MHC Moratorium

Dear Mr. Spenser

I am writing you to express my opposition to the proposed moratorium currently under consideration by the City Council of Tumwater. I am the owner of Tumwater Mobile Estates located at 930 Trosper Road, Tumwater, WA. I have owned the community since 1978. We have never considered converting the use of the land from anything other than a mobile home park. In fact, we are continually reinvesting in the park by bringing in new homes and replacing the aging homes which could be as old as 1960 models. The older section of the park dates back that far.

But, not all owners have been as successful as we have in modernizing the park. Some times the spaces are just too small. In those instances, it becomes impossible to modernize. In those instances, a mobile home park can look like a trailer camp. In such instances, many cities through out the US have sided with the land owners and viewed it in the cities best interest in fact to promote the conversion to a higher and better use. If the owner does it, the city is spared urban renewal and condemnation procedures. It is far better to address each issue on its own merits than to use a blanket approach; future council members may have to deal with this moratorium and may greatly rue the day your council passed such an initiative.

I hope better judgment will prevail and this issue will die on its own accord.

Sincerely,


RECEIVED
JUN 1 3 2008
Planning and Facilities Dept.
City of Tumwater

William D. Schmicker
General Partner
Tumwater Estates Investors

Velk       1en MHP

search    legend    layers    TGC Home    Introduction    Metadata    Online maps    Disclaimer

- Highlighted Feature
- Parcels
- Roads
- Streams
- High Ground Water Hazard
- HGW Hazard
- HGW-300ft Buffer
- Wetlands
- YES
- Wetland Buffers
- Flood Zones
- A - Year
- B - Year
- C - Not Flooded
- Water Bodies
- 2006 Aerial Photos

Velkommen

Streets visible on map: MINER DR SW, LITTLEROCK RD SW, W ISRAEL RD, TUMWATER RD, 68TH CT SW, FOSTER CT SW, FOSTER DR SW, LIVELY ST SW, LAZY ST SW, LAZY CT SW, 70TH AVE SW, MIRASETT ST SW, BEL MOR CT SW, GOLD CREEK DR SW, UNNAMED PVT DRWY, 3RD AVE SW, PRIME DR SW

Zoom to....   In   Out   Full Map   Back   Pan   Identify   Measure   Select   Line   Clear   Zoom to Point

Overview                                                                              Print   Help

Zoom Factor: 125%

Pan

# MOBILE&MANUFACTURED HOME PARKS
# LIQUEFACTION SOIL HAZARDS





CITY OF TUMWATER PLANNING AND FACILITIES DEPARTMENT
June 9, 2009  Mobile&Manufactured Home Parks.MXD
Liquifaction data obtained from the Washington
State Department of Natural Resources.

N

DISCLAIMER: The City of Tumwater does not warrant, guarantee, or accept any liability for the accuracy, precision, or completeness of any information shown hereon or for any inferences made therefrom.