# GINTHER

# EXHIBIT H

AGENDA ITEM NO. 2

Meeting Date – September 23, 2008

TO:       Tumwater Planning Commission

FROM:     Mike Matlock, Planning and Facilities Director
          mmatlock@ci.tumwater.wa.us
          David Ginther, Associate Planner
          dginther@ci.tumwater.wa.us

RE:       Manufactured Home Parks

1) References   (Only list those attached.)

   A. Map of Mobile/Manufactured Home Parks in Tumwater
   B. Draft Zoning Code Amendments--**Ordinance O2008-009**
   C. Summary of Comprehensive Plan Amendments
   D. Land Use Plan Amendments
   E. Littlerock Road Subarea Plan Amendments
   F. Housing Plan Amendments

2) Action Requested / Staff Recommendation:

   Staff recommends Planning Commission discuss and review the proposed amendments. A date for a public hearing will be set later.

3) History and Facts Brief:

In 2007 the Tumwater City Council referred the issue of mobile home parks to the General Government Committee (GGC). The GGC (and a special subcommittee) held five public meetings on this issue between January and June of 2008. The GGC forwarded a draft ordinance back to the full City Council for review in July of 2008. The City Council then referred the issue to the Planning Commission for review as part of the 2008 Comprehensive Plan amendment cycle.

The draft zoning ordinance establishes a new zoning district with the purpose of preserving and protecting manufactured home parks from the pressures of development and conversion to another land use. The Comprehensive Plan amendments to the Land Use Plan, the Littlerock Road Subarea Plan, and the Housing Plan are also attached.

1

A few points of discussion that were generated from the GGC, its subcommittee, and the City Council are as follows:

Utility Hook-Up Fees:
State law allows utility providers, such as the City of Tumwater which provides water and sewer, some options for adjusting hook up fees (connection charges) for qualifying low income persons. [RCW 35A.80.010, RCW 35.92.380, RCW 35.21.685]

Utility Rates Discount:
A 50% discount on water and sewer utility rates is available for those who qualify as low income seniors (see Tumwater Municipal Code section 13.18.090).

Property Taxes:
The City of Tumwater is facilitating the reduction of property taxes (and the corresponding reduction in pressure to redevelop) for the mobile/manufactured home park owners by rezoning the property. After the rezone becomes effective the park owners will need to contact the Thurston County Assessors office in regards to getting their tax assessed values adjusted.

Washington State has a property tax exemption and deferral program for low income seniors who own their own homes. This also includes residents of manufactured or mobile home parks that own their own home but do not own the property on which the home sits. This tax reduction program is run by the Thurston County Assessor's office. [RCW 84.36 379- 389 and WAC 458-16A-100 through 150]

Application of the Zone:
The ordinance as drafted applies to all 10 mobile/manufactured home parks that have been identified as being located within the City of Tumwater (shown on the map). Seven of these parks are large and easily recognized as traditional mobile/manufactured home parks. However, three of the "parks" are properties that have only three or four mobile/manufactured homes on them. One of these properties is currently being platted as a residential subdivision. The Tumwater definition of a mobile/manufactured home park uses "three or more" mobile/manufactured homes. During the July 2008 Council meeting the Council mentioned that applying the zone to these three small "parks" may not be appropriate.

Emergency Services (fire and police):
During the July 2008 Council meeting the aspect of fire and police calls to some parks was discussed. An inquiry to both the fire and police departments revealed that the parks in Tumwater are not exceptional in regards to call volumes for either police or fire services.
In fact, the total combined number of police calls for all parks in Tumwater in 2007 was less than the one year total of County Sheriff's calls for one park located just

2

outside the City limits (Melody Pines on Old Highway 99). The impact on emergency services by the Melody Pines mobile home park was the subject of discussion a couple of years ago when nearby property owners applied for annexation to Tumwater.

Table 1. Police and Fire Responses to Mobile/Manufactured Home Parks in 2007

| PARK NAME | ADDRESS | Spaces | Fire Calls | Police Calls |
|---|---|---|---|---|
| ALLIMOR CARRIAGE EST. | 5705 LITTLEROCK | 44 | 38 | 24 |
| EAGLES LANDING | 2266 W EAGLE LN | 117 | 33 | 2 |
| N/A | 6715 HENDERSON | 4 | 0 | 2 |
| LAUREL PARK | 3244 66TH AVE SW | 73 | 27 | 61 |
| N/A | 5012 RURAL RD SW | 3 | 2 | 3 |
| THUNDERBIRD VILLAGE | 706 DENNIS ST SE | 115 | 5 | 3 |
| N/A | 6911 HENDERSON | 3 | 0 | 2 |
| TUMWATER MOBILE EST. | 930 TROSPER RD | 115 | 31 | 11 |
| VELKOMMEN | 2535 70TH AVE | 39 | 2 | 49 |
| WESTERN PLAZA | 1841 TROSPER RD | 66 | 30 | 6 |
|  | TOTAL= | 579 | 168 | 163 |

4) <u>Discussions and Alternatives</u>:

   A. Discuss proposed amendments.

5) <u>Fiscal Notes</u>:
   N/A

3

A.

