# MYERS

# EXHIBIT E



**FILED**

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

MAR 12 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL GUGGENHEIM; SUSAN GUGGENHEIM; MAUREEN H. PIERCE,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>CITY OF GOLETA, a municipal corporation,<br><br>        Defendant - Appellee. | No. 06-56306<br><br>D.C. No. CV-02-02478-FMC<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.