UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAUREL PARK COMMUNITY, LLC, a Washington limited liability company; TUMWATER ESTATES INVESTORS, a California limited partnership; VELKOMMEN MOBILE PARK, LLC, a Washington limited liability company; and MANUFACTURED HOUSING COMMUNITIES OF WASHINGTON, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TUMWATER, a municipal corporation,<br><br>Defendant. | NO. C09-5312 BHS<br><br>DECLARATION OF WILLIAM PARTIN IN SUPPORT OF DEFENDANT CITY OF TUMWATER'S MOTION FOR SUMMARY JUDGMENT |

PURSUANT TO 28 U.S.C. § 1746, William Partin declares as follows:

I, William Partin, hereby state and declare as follows:

1. I have been retained by counsel for the defendant City of Tumwater in the above entitled matter. I am a Certified Public Accountant and partner in the firm of Mueller & Partin, PLLC in Bellevue, Washington. I consult regularly concerning financial investigations and economic analysis of damages claims. I have frequently consulted regarding claims of economic impact on businesses. I have been admitted as an expert witness on numerous occasions to testify as a CPA and forensic economist to evaluate

**DECLARATION OF WILLIAM PARTIN**   – 1

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

1. claims of economic impact. These claims often involve assessment of impacts on the value of real estate.

2. In response to reports submitted by the plaintiffs from two experts, Jean-Marie Wilson and Joel Erlitz, I was asked to evaluate whether the mobile home park ordinances which were the subject of this case had an economic impact on the park owners or otherwise created a burden on their operation of their property. In response to that assignment, I prepared a report in conformity with Fed. R. Civ. P. 26(a)(2)(B). Attached hereto as **Exhibit A** is a true and correct copy of my report and Attachment 1 thereto. Attachment 1 to my report is my resume which includes my statement of qualification as a CPA and Forensic Economist. I have not included pages 22 through 25 of my report which critique the Declaration of Joel Erlitz. I have been informed through counsel that Mr. Erlitz has been withdrawn as an expert witness in this matter.

I make this declaration under penalty of perjury under the laws of the state of Washington.

DATED this 16 day of March, 2010, at Bellevue, Washington.

_William Partin_
William Partin

DECLARATION OF WILLIAM PARTIN   – 2

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511