UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAUREL PARK COMMUNITY, LLC, a Washington limited liability company; TUMWATER ESTATES INVESTORS, a California limited partnership; VELKOMMEN MOBILE PARK, LLC, a Washington limited liability company; and MANUFACTURED HOUSING COMMUNITIES OF WASHINGTON, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUMWATER, a municipal corporation,<br><br>Defendant. | No. C09-05312BHS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE OR IN THE ALTERNATIVE, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Note on Motion Calendar:<br>April 9, 2010 |

THIS MATTER came before the Court on the motion of defendant City of Tumwater ("Tumwater") for an order granting summary judgment and dismissal of the claims of plaintiffs Laurel Park Community, LLC, Tumwater Estates Investors, Velkommen Mobile Park, LLC, and Manufactured Housing Communities of Washington (collectively "the park owners"). The Court also considered the park owners' motion to strike Tumwater's summary judgment motion. The park owners were represented by Philip A. Talmadge, Thomas M. Fitzpatrick, and Emmelyn Hart-Biberfeld of Talmadge/Fitzpatrick, 18010 Southcenter Parkway, Tukwila, WA 98188, (206) 574-6661 and Walter H. Olsen, Jr. of Olsen Law Firm PLLC, 205 S. Meridian, Puyallup, WA 98371, (253) 200-2288. Tumwater was represented by Jeffrey S. Myers of Law, Lyman,

Order Granting Plaintiffs' Motion to Strike or Alternatively,
Denying Defendant's Motion for Summary Judgment - 1

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661   (206) 575-1397 Fax

000197

1  Daniel, Kamerrer & Bogdanovich, P.S., P.O. Box 11880, Olympia, WA 98508-1880, (360) 754-
2  3480.

3    The Court considered the records and pleadings filed herein, including the following
4  additional pleadings in regards to the motions:

- Defendant City of Tumwater's Motion for Summary Judgment;

- Declaration of David Ginther and the exhibits attached thereto;

- Declaration of Michael Matlock and the exhibits attached thereto;

- Declaration of Jeffrey S. Myers and the exhibits attached thereto;

- Declaration of William Partin and the exhibit attached thereto;

- Plaintiffs' Motion To Strike And Response Opposing Defendant's Motion For Summary Judgment;

- Declaration of Walter H. Olsen, Jr., and the exhibits attached thereto;

- Supplemental Declaration of Jeanne-Marie Wilson and the exhibits attached thereto;

- 

- 

Being fully advised as to the premises for the motions, the Court rules as follows:

1. The park owners' motion to strike Tumwater's summary judgment motion is hereby GRANTED. Tumwater's motion is stricken from the record and will not be considered. Sanctions in the amount of $_____ will be imposed against Tumwater.

2. Alternatively, Tumwater's motion for summary judgment is hereby DENIED.

Order Granting Plaintiffs' Motion to Strike or Alternatively,
Denying Defendant's Motion for Summary Judgment - 2
000108

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661   (206) 575-1397 Fax

```
1          DONE IN OPEN COURT this _____ day of _____, 2010.

2
                                        _____
3                                                 JUDGE

4   Presented by:

5   
    /s/ Philip A. Talmadge
6   _____
    Philip A. Talmadge, WSBA #6973
7   Thomas M. Fitzpatrick, WSBA #8894
    Emmelyn Hart-Biberfeld, WSBA #28820
8   Talmadge/Fitzpatrick
    18010 Southcenter Parkway
9   Tukwila, WA 98188-4630
    (206) 574-6661
10  Email: phil@tal-fitzlaw.com
           tom@tal-fitzlaw.com
11         emmelyn@tal-fitzlaw.com

12
    Walter H. Olsen, Jr., WSBA #24462
13  Olsen Law Firm PLLC
    205 S. Meridian
14  Puyallup, WA 98371
    (253) 200-2288
15  Email: walt@olsenlawfirm.com
    Attorneys for Plaintiffs
16
```

Order Granting Plaintiffs' Motion to Strike or Alternatively,    Talmadge/Fitzpatrick
Denying Defendant's Motion for Summary Judgment - 3              18010 Southcenter Parkway
                                                                 Tukwila, Washington 98188-4630
000109                                                           (206) 574-6661   (206) 575-1397 Fax