<u>DECLARATION OF SERVICE</u>

On this day said forth below, I filed by CM/ECF a true and accurate copy of: Plaintiffs' Motion to Strike and Response Opposing Defendant's Motion for Summary Judgment, Declaration of Walter H. Olsen, Jr. in Support of Plaintiffs' Response Opposing Defendant's Motion for Summary Judgment, Declaration of Jeanne-Marie Wilson in Support of Plaintiffs' Response Opposing Defendant's Motion for Summary Judgment, (Proposed) Order Granting Plaintiffs' Motion to Strike or In the Alternative, Denying Defendant's Motion for Summary Judgment in U.S. District Court Cause No. C09-5312 BHS to the following parties:

Walter H. Olsen, Jr.  
Olsen Law Firm, PLLC  
205 S. Meridian  
Puyallup, WA 98371  
walt@olsenlawfirm.com

Karen E. Kirkpatrick  
City of Tumwater  
555 Israel Rd SW  
Tumwater, WA 98502  
kkirkpatrick@ci.tumwater.wa.us

Jeffrey S. Myers  
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.  
PO Box 11800  
Olympia, WA 98508-1880  
jmyers@lldkb.com

<u>Original sent electronically for filing with:</u>  
United States District Court, Western District of Washington at Tacoma  
Clerk's Office  
1717 Pacific Avenue  
Tacoma, WA 98402

<u>Judge's Working Copies delivered by ABC Legal Messengers for:</u>  
Judge Benjamin Settle  
United States District Court, Western District of Washington at Tacoma  
Clerk's Office  
1717 Pacific Avenue  
Tacoma, WA 98402

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED: April 5, 2010, at Tukwila, Washington.

Paula Chapler, Legal Assistant  
Talmadge/Fitzpatrick

DECLARATION