## DECLARATION OF SERVICE

On this day said forth below, I filed by CM/ECF a true and accurate copy of: Plaintiffs' Reply in Support of Partial Summary Judgment and Response Opposing Motions to Strike, Declaration of Walter H. Olsen, Jr. In Support of Plaintiffs' Reply Re: Plaintiffs' Motion for Summary Judgment, Supplemental Declaration of Jeanne-Marie Wilson in Support of Plaintiffs' Reply on Summary Judgment, (Proposed) Order Granting Plaintiffs' Motion to Strike or in the Alternative, Denying Defendant's Motion for Summary Judgment, Plaintiffs' Motion for Stay/Relief from Deadline, (Proposed) Order Granting Plaintiffs' Motion for Stay/Relief from Deadline in U.S. District Court Cause No. C09-5312 BHS to the following parties:

| | |
|---|---|
| Walter H. Olsen, Jr. | Karen E. Kirkpatrick |
| Olsen Law Firm, PLLC | City of Tumwater |
| 205 S. Meridian | 555 Israel Rd SW |
| Puyallup, WA 98371 | Tumwater, WA 98502 |
| walt@olsenlawfirm.com | kkirkpatrick@ci.tumwater.wa.us |

Jeffrey S. Myers
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
PO Box 11800
Olympia, WA 98508-1880
jmyers@lldkb.com

Original sent electronically for filing with:
United States District Court, Western District of Washington at Tacoma
Clerk's Office
1717 Pacific Avenue
Tacoma, WA 98402

Judge's Working Copies filed electronically for:
Judge Benjamin Settle
United States District Court, Western District of Washington at Tacoma
Clerk's Office
1717 Pacific Avenue
Tacoma, WA 98402

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED: April 9, 2010, at ~~Tukwila~~, Washington.

*Paula Chapler*, Legal Assistant
Talmadge/Fitzpatrick

DECLARATION