UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAUREL PARK COMMUNITY, LLC, a Washington limited liability company; TUMWATER ESTATES INVESTORS, a California limited partnership; VELKOMMEN MOBILE PARK, LLC, a Washington limited liability company; and MANUFACTURED HOUSING COMMUNITIES OF WASHINGTON, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUMWATER, a municipal corporation,<br><br>Defendant. | No. 3:09-cv-05312-BHS<br><br>SUPPLEMENTAL DECLARATION OF ROBERT EICHLER IN SUPPORT OF PARTIAL SUMMARY JUDGMENT |

Robert Eichler declares and states as follows:

1. I am over the age of eighteen, competent to testify, and familiar with the facts herein.

2. I am the sole member of plaintiff Laurel Park Community, LLC, which owns Laurel Park, a manufactured housing community located in Tumwater, Washington. I purchased Laurel Park in 1991. I have purchased, sold, and managed various manufactured home communities since 1982.

Supp. Declaration of Robert Eichler - 1

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661  (206) 575-1397 Fax

485

3. I do not expect a windfall from this action. In fact, I just want what I had before Tumwater enacted its MHP ordinance.

4. I also do not expect a windfall from my ownership and operation of Laurel Park. I purchased Laurel Park for its current rental revenue and for a meaningful choice of other land uses that generate income or increase its resale value. I anticipated using the property as a mobile home park and then expected to be able to turn to other economically productive uses at my discretion, or sell the property if it became economically unviable when a higher and better use opportunity presented itself. I did not expect that either the County or the City would require that I continue to use the property as a manufactured home community in perpetuity, or that they would effectively accomplish the same result by allowing me to choose between using my property for one economically viable use (a manufactured housing community), or request a conditional use permit to use other primarily public or institutional uses that do not generate profit.

5. I have always expected that I would share in my portion of public obligations, and I am proud to have offered the residents of Laurel Park the opportunity to purchase an affordable home and place it on my land. But, I never expected that I would be required by Tumwater to shoulder more than my share of any public obligation to provide affordable housing, or that Tumwater would later exercise its zoning power to require that I either continue to make my property available as affordable housing, or "choose" another public use that is not viable. When I invested in Laurel Park, neither Tumwater nor any other local government in Washington required that I choose between one use that generates revenue, and other uses which generate little or no revenue. I had no reason to believe that would change until Tumwater passes its MHP Ordinance.

Supp. Declaration of Robert Eichler - 2

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661   (206) 575-1397 Fax

6. Before Tumwater passed its MHP ordinance, my property rights did not allow Tumwater to require that I choose between realizing an income from the property, or realizing no income in any other permitted use. After Tumwater passed its ordinance, I now have a choice that is no choice. The difference is what I expected when I invested in Laurel Park, and do not now have. The difference is also how Laurel Park has been damaged by the MHP ordinance. I purchased Laurel Park expecting to use it as a mobile home park while that remained a viable personal and business decision, and then expected to be able to turn to other economically productive uses at my discretion, or sell the property if it became economically unviable when a higher and better use opportunity presented itself.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at _Mucins Florah_, this _3_ day of March, 2011.

_Robert Eichler_

Declaration of Robert Eichler - 3

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661  (206) 575-1397 Fax

487