## DECLARATION OF SERVICE

On this day said forth below, I filed by CM/ECF a true and accurate copy of: Declaration of Scott Missal, Declaration of John Woodring, Declaration of James Anderson in Support of Partial Summary Judgment, Declaration of Robert Eichler in Support of Partial Summary Judgment, Declaration of William Schmicker in Support of Partial Summary Judgment, Declaration of Jeanne-Marie Wilson in Support of Partial Summary Judgment, Declaration of Walter H. Olsen, Jr. in Support of Plaintiffs' Response Opposing Defendant's Motion for Summary Judgment, Declaration of Jeanne-Marie Wilson in Support of Plaintiff's Response Opposing Defendant's Motion for Summary Judgment, Declaration of Walter H. Olsen, Jr., in Support of Plaintiffs' Reply Re: Plaintiffs' Motion for Summary Judgment, Supplemental Declaration of Jeanne-Marie Wilson in Support of Plaintiffs' Reply on Summary Judgment, Supplemental Declaration of Scott Missal, Supplemental Declaration of William Schmicker In Support of Partial Summary Judgment, Supplemental Declaration of Robert Eichler in Support of Partial Summary Judgment, Supplemental Declaration of James Andersen in Support of Partial Summary Judgment in U.S. District Court Cause No. C09-5312 BHS to the following parties:

Walter H. Olsen, Jr.
Olsen Law Firm, PLLC
604 W. Meeker Street, Suite 101
Kent, WA 98032
walt@olsenlawfirm.com

Karen E. Kirkpatrick
City of Tumwater
555 Israel Rd SW
Tumwater, WA 98502
kkirkpatrick@ci.tumwater.wa.us

Jeffrey S. Myers
Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S.
PO Box 11800
Olympia, WA 98508-1880
jmyers@lldkb.com

Original sent electronically for filing with:

United States District Court, Western District of Washington at Tacoma
Clerk's Office
1717 Pacific Avenue
Tacoma, WA 98402

511                                      DECLARATION

<u>Judge's copies by ABC Legal Messengers for filing with:</u>

Judge Settles
United States District Court, Western District of Washington at Tacoma
Clerk's Office
1717 Pacific Avenue
Tacoma, WA 98402

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED: March 4, 2011, at Tukwila, Washington.

*[signature]*
Paula Chapler, Legal Assistant
Talmadge/Fitzpatrick

512

DECLARATION