Hon. Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| LAUREL PARK COMMUNITY, LLC, a Washington limited liability company; TUMWATER ESTATES INVESTORS, a California limited partnership; VELKOMMEN MOBILE PARK, LLC, a Washington limited liability company; and MANUFACTURED HOUSING COMMUNITIES OF WASHINGTON, a Washington non-profit corporation,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF TUMWATER, a municipal corporation,<br><br>　　　　　　　Defendant. | NO.   C09-5312 BHS<br><br>DEFENDANT CITY OF TUMWATER'S REPLY IN SUPPORT OF AMENDED MOTION FOR SUMMARY JUDGMENT |

Defendant City of Tumwater did not receive any response to its Amended Motion for Summary Judgment (Dkt.58), filed in this matter on March 4, 2011. Plaintiffs' Response was due on Monday, March 28, 2011 under LCR 7(d)(3). The failure of a party to file papers in opposition to a motion may be considered by the Court as an admission that the motion has merit pursuant to LCR 7(b)(2).

If the court treats Plaintiffs' Supplemental Motion for Summary Judgment (Dkt. 60), also filed on March 4, 2011, as a response to the City's Motion for Summary Judgment, please see the Defendant's Response to Plaintiffs' Supplemental Motion for Summary Judgment, which was timely filed on Monday, March 28, 2011.

DEFENDANT CITY OF TUMWATER'S REPLY IN SUPPORT OF AMENDED MOTION FOR SUMMARY JUDGMENT – 1

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1  Dated this 31ˢᵗ day of March, 2011.

3   LAW, LYMAN, DANIEL,
    KAMERRER & BOGDANOVICH, P.S.

    ___/s/___ *Jeffrey S. Myers,*_____
5   Jeffrey S. Myers, WSBA #16390

6   LAW, LYMAN, DANIEL, KAMERRER
    & BOGDANOVICH, P.S.
    P.O. Box 11880
    Olympia, WA 98508-1880
    (360) 754-3480
    Fax: (360) 357-3511
    E-mail: jmyers@lldkb.com

**DEFENDANT CITY OF TUMWATER'S REPLY
IN SUPPORT OF AMENDED MOTION FOR
SUMMARY JUDGMENT – 2**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*